IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG SAUNDERS, | : | CIVIL ACTION |
|     Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| FRANKLIN J. TENNIS, et al., | : | No. 09-CV-1916 |
|     Respondents | : | |

ORDER

AND NOW, this 11th day of June, 2010, upon consideration of respondents' Supplemental Response to Petition for Writ of Habeas Corpus (Doc. No. 22) and all responses thereto (Doc. No. 23), it is hereby ORDERED that an evidentiary hearing is scheduled for 9:30A.M., on July 16, 2010. The Courtroom location for the hearing will be determined at a later date. At the evidentiary hearing, the parties should be prepared to present evidence on and discuss Saunders' Batson claim, as well as his other claims.[1]

BY THE COURT:

\s\ TIMOTHY R. RICE
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE

---

[1] Petitioner should be prepared to discuss how his claim that had a constitutional right to be indicted by a grand jury is cognizable and how the following claims have merit: (1) the trial court improperly denied his right to confrontation by limiting his cross-examination of an expert witness; (2) the evidence was insufficient to sustain his conviction; and (3) petitioner's sentence was in violation of his Sixth Amendment right to a trial by jury.